**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2010

By Hand Delivery
The Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Christopher Michael Coke,
              S15 07 Cr. 971 (RPP)

Dear Judge Patterson:

      On August 28, 2009, the Court signed an order unsealing Indictment S15 07 Cr. 971 (RPP) (a copy of that unsealing order is attached hereto as Exhibit A and the Indictment as Exhibit B). While the Indictment was subsequently made public, the Clerk's Office has not unsealed the copy of the Indictment retained in its files. The Clerk's Office has requested that the Court reaffirm its prior order unsealing Indictment S15 07 Cr. 971 (RPP).

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney

             By: _____
                   Jocelyn E. Strauber
                   John T. Zach
                   Assistant United States Attorney
                   (212) 637-1034/2410 (phone)

*May 25, 2010*
**SO ORDERED:**

_____
THE HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 5 MAY 2010