UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                    No. 07-CR-971-LTS

CHRISTOPHER COKE,

                                                                                                 ORDER

        Defendant.

-------------------------------------------------------x

The Court has received Mr. Coke's motion for a sentence reduction pursuant to 18 U.S.C. § 3582.  (Docket Entry No. 473.)  The Government is hereby directed to file a written response to the foregoing application by **March 24, 2021**, and provide a copy to Mr. Coke.  Any reply submission must be submitted by **April 14, 2021**.  A complete, unredacted courtesy copy must be emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Medical and other sensitive personal information may be redacted from the publicly filed submissions, emailed directly to Chambers, and filed under seal.  Counsel must file the redacted portions of the submissions in hard copy with the Clerk of Court, in a sealed envelope along with a copy of this order.

        SO ORDERED.

Dated: New York, New York
       March 10, 2021

                                                                              /s/ Laura Taylor Swain
                                                                           LAURA TAYLOR SWAIN
                                                                           United States District Judge

Copy Mailed to:      Christopher Coke, 02257748
                                 Federal Correction Institution
                                 P.O. Box 2000
                                 Fort Dix, N.J. 08640