UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                           No.  07-CR-971-LTS

CHRISTOPHER COKE,

                                                                 ORDER

        Defendant.

-------------------------------------------------------x

        The Court has received the Government's letter, which is partially redacted and includes an Exhibit containing Mr. Coke's medical records, in response to Mr. Coke's motion for a sentence reduction pursuant to 18 U.S.C. § 3582.  (Docket Entry No. 475.)  The Government's proffered medical information can be filed under seal in accordance with the Court's March 10, 2021, order.  (Docket Entry No. 474.)

        The Government is reminded to file the redacted portions of its submission in hard copy with the Clerk of Court, in a sealed envelope along with a copy of this order.

        SO ORDERED.

Dated: New York, New York
        March 25, 2021

                                                                                    /s/ Laura Taylor Swain
                                                                              LAURA TAYLOR SWAIN
                                                                              United States District Judge

Copy Mailed to:       Christopher Coke, 02257748
                                 Federal Correction Institution
                                 P.O. Box. 2000
                                 Fort Dix, N.J. 08640