UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                 No.  07-CR-971-LTS

CHRISTOPHER COKE,

                                 ORDER

               Defendant.

--------------------------------------------------------x

        The Court has received a letter entitled "Notice of Appeal" from Mr. Coke indicating that he appeals this Court's order denying his motion for compassionate release.  The Court entered its memorandum order and accompanying form order denying Mr. Coke's motion for compassionate release on April 22, 2021.  (See docket entry nos. 480, 481.)  Because of an omission, which the Court regrets, a copy of the memorandum order was not mailed to Mr. Coke until July 16, 2021.  Therefore, the Court hereby withdraws the orders entered on April 22, 2021 at docket entries 480 and 481 and directs the Clerk of Court to terminate them and reinstate the motion.  The Court, having sua sponte reconsidered the arguments and record on the motion in light of the passage of additional time, has determined again to deny the motion and has entered new orders, dated contemporaneously herewith, denying the motion.  The Notice of Appeal filed at docket entry no. 485 will be deemed directed to the orders entered today.

Chambers will mail a copy of this order, along with copies of the reimposed orders to

Plaintiff.

SO ORDERED.

Dated: New York, New York
        August 5, 2021

                                        ____/s/ Laura Taylor Swain_____
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge


Copy Mailed to:         Christopher Coke
                        Inmate # 02257-748
                        FCI Fort Dix
                        P.O. Box. 2000
                        Joint Base MDL, N.J. 08640