**MANDATE**

N.Y.S.D. Case # 07-cr-0971-14(LTS)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand twenty-one.

United States of America,

        Appellee,

v.

Christopher Michael Coke, AKA President, AKA Michael Christopher Coke, AKA Paul Christopher Scott, AKA Shortman, AKA Duddus, AKA Presi, AKA General,

        Defendant - Appellant.

**ORDER**

Docket No. 21-1932

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 18 2021

Appellant moves to withdraw the above-captioned appeal. The Government does not oppose this request.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal is deemed WITHDRAWN.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/18/2021