UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                             No. 07-CR-971-LTS

CHRISTOPHER COKE,

                                                                    ORDER

        Defendant.

-------------------------------------------------------x

        The Court has received Mr. Coke's letter requesting the reappointment of Aaron Mysliwiec, Esq., to represent him. (Docket Entry No. 492.) In its discretion, the Court may appoint counsel in an appropriate matter if "the interests of justice so require." (18 U.S.C. § 3006A(a)(2); see also United States v. Stevens, No. 16-CR-311 (KMW), 2021 WL 1373611, at *2 (S.D.N.Y. Apr. 12, 2021) (citation omitted)).)

        Mr. Coke currently has no matters pending with the Court. Mr. Coke is hereby directed to submit a letter with additional information explaining the basis of his request for the appointment of counsel.

        SO ORDERED.

Dated: New York, New York
       May 9, 2023

                                                            /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         Chief United States District Judge

Copy Mailed to:     Christopher Coke, 02257748
                          Federal Correction Institution
                          P.O. Box. 2000
                          Fort Dix, N.J. 08640