UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>CHRISTOPHER COKE<br><br>Defendant. | 07-CR-0971-LTS-14 |

ORDER

The Court has received Defendant Christopher Coke's motion seeking a compassionate release reduction in sentence pursuant to 18 U.S.C. section 3582(c)(1)(A).  The Government is hereby directed to file a response to Mr. Coke's motion by **February 27, 2026** and to promptly mail a copy of their response to Mr. Coke at the address listed below.  Should Mr. Coke wish to file a reply to the Government's response, he must do so by **March 27, 2026**.

The Clerk of Court is respectfully directed to mail the Defendant a copy of this Order at the address listed below.

SO ORDERED.

Dated: New York, New York
        February 13, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

Mail to:

Mr. Christopher Coke

Registration No. 02257-748

Federal Correctional Institution

P.O. Box 2000

Fort Dix, New Jersey 08640