UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

v.

CHRISTOPHER COKE

Defendant.

07-CR-0971-LTS-14

---

<u>ORDER</u>

On February 12, 2026, Defendant Christopher Coke filed a motion seeking a compassionate release reduction in sentence pursuant to 18 U.S.C. section 3582(c)(1)(A) (docket entry no. 516 ("Motion")), to which the Government filed its opposition on February 27, 2026 (docket entry no. 519). On March 20, 2026, Mr. Coke filed an additional submission that replies to the Government's opposition but shifts the focus of his affirmative argument from U.S.S.G. section 1B1.13(b)(6) to U.S.S.G. section 1B1.13(b)(5). (<u>See</u> docket entry no. 520 ("Reply") at 1.)

Because Mr. Coke's motion for compassionate release is brought <u>pro se</u>, it is to "be construed liberally and interpreted to raise the strongest arguments [it] suggest[s][.]" <u>United States v. Roper</u>, No. 16-CR-505-05-NRB, 2021 WL 1252032, at *1 (S.D.N.Y. Apr. 5, 2021) (quoting <u>Triestman v. Fed. Bureau of Prisons</u>, 470 F.3d 471, 474 (2d Cir. 2006)), <u>aff'd sub nom.</u> <u>United States v. Roper Hightower</u>, No. 21-1055, 2022 WL 881044 (2d Cir. Mar. 25, 2022). The Court will therefore consider the novel arguments that Mr. Coke raised in his Reply as well as the arguments he raised in his Motion. The Government is directed to file its surreply, should it wish to file one, by **April 3, 2026**, and to promptly mail a copy to Mr. Coke at the address

COKE – ORDER                                    MARCH 20, 2026                                    1

listed below.  Should Mr. Coke wish to respond to the Government's surreply, he must do so by **May 4, 2026**.

The Clerk of Court is respectfully directed to mail the Defendant a copy of this Order at the address listed below.

SO ORDERED.

Dated: New York, New York
         March 20, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

Mail to:

Mr. Christopher Coke

Registration No. 02257-748

Federal Correctional Institution

P.O. Box 2000

Fort Dix, New Jersey 08640